**B6B (Official Form B6B) (12/07)**

In re    David J Cornell II and Elena L Syrkin                    Case No.    13-52510
             Debtor                                                                                  (if known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as A.B., a minor child, by John Doe, guardian." Do not include the child's name. See, 11 U.S.C. §112 and Fed.R.Bankr.P 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | J | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking acct- Education First CU HSA acct- Education First CU($390 of total) | J | 490.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods | J | 600.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | 0.00 |
| 6. Wearing apparel. | | Wearing apparel | J | 50.00 |
| 7. Furs and jewelry. | X | | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | $25K Whole Life Ins on Elena Syrkin, beneficiary Dave Cornell, then children, cash value amt | W | 7,700.18 |
| 10. Annuities. Itemize and name each issuer. | X | | | 0.00 |
| | | | **Total →** | |

<u>3</u> continuation sheets attached

(**Report also on Summary of Schedules**)

**B6B (Official Form B6B) (12/07) – Cont.**

In re      David J Cornell II and Elena L Syrkin      Case No. _____
                                Debtor                                                   (if known)

# SCHEDULE B - PERSONAL PROPERTY
**Continuation Sheet**

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. §530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. §529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. §521(c).) | X | | | 0.00 |
| 11a. 401(k) or other retirement plans | | 401(k)- Elena Syrkin, net of 401(k) loan balance of $3,900. | W | 8,100.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA - David J Cornell | H | 900.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | 0.00 |
| 16. Accounts receivable. | X | | | 0.00 |
| 17. Alimony, maintenance, supoprt, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | 0.00 |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | 0.00 |
| 19. Equitable or future interests, life estates , and rights or powers exercisable for the benefit of the debtor or other than those listed in Schedule or Real Property. | X | | | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | 0.00 |
| 21. Other contingent and | X | | | 0.00 |

Sheet number 1 of 3 continuation sheets attached                         **Total →**
to Schedule B – Personal Property.                                             **(Report also on Summary of Schedules)**

**B6B (Official Form B6B) (12/07) – Cont.**

In re   David J Cornell II and Elena L Syrkin                       Case No.  _____
                         Debtor                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
**Continuation Sheet**

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from teh debtor primarily for personal, family, or houshold purposes. | X | | | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Mercury, Grand Marquis, 102M miles(Elena); and a 2007 Ford F150 2wd 100M miles(David), both as collateral for one loan from Education First CU | J | 12,000.00 |
| 26. Boats, motors, motorcycles, and other vehicles and equipment. | | 2007 Yamaha ATV 4-wheeler | H | 1,800.00 |
| 27. Aircraft and accessories. | X | | | 0.00 |
| 28. Office equipment, furnishings and supplies. | X | | | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | 0.00 |
| 31. Animals. | X | | | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | 0.00 |
| 33. Farming equipment and implements. | X | | | 0.00 |
| 34. Farm supplies, chemicals, and | X | | | 0.00 |

Sheet number 2 of 3 continuation sheets attached                                **Total →**
to Schedule B – Personal Property.                                                    **(Report also on  Summary of Schedules)**

**B6B (Official Form B6B) (12/07) – Cont.**

In re   David J Cornell II and Elena L Syrkin   Case No. _____
         _____Debtor_____                            (if known)

# SCHEDULE B - PERSONAL PROPERTY
**Continuation Sheet**

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| feed. | | | | |
| 35. Other personal property or any kind not already listed. Itemize. | X | | | 0.00 |
| | | | **Total →** | 31,650.18 |

Sheet number 3 of 3 continuation sheets attached
to Schedule B – Personal Property.         **(Report also on Summary of Schedules)**
10-1-13: The foregoing is true and accurate to the best of our knowledge and belief. /s/David J Cornell II /s/Elena L Syrkin