# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:     David J. Cornell, II          :     Case No.  13-52510
           Elena L. Syrkin

                                         :     Chapter 13

                                         :     Judge Caldwell

## OBJECTION TO DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN

## (DOC. #41)

Now comes Frank M. Pees, Chapter 13 Trustee herein, and hereby objects to the Debtors' Motion to Modify Chapter 13 Plan filed on October 3, 2013 (**Doc. #41**).  The Debtors are proposing to surrender the 2007 Yamaha ATV that is currently secured by a lien to Capital One N.A.  Debtor proposes to surrender the property with any remaining deficiency balance being treated as a general unsecured Class 5 claim.

Debtors' proposed modified Plan treatment is in direct conflict with the Sixth Circuit Court of Appeals decision in the matter of In re: Nolan, 232 F.3d 528 (2000).  In Nolan, the Sixth Circuit held that a debtor cannot modify a plan under 1329(a) to surrender the collateral to a creditor and propose to pay the balance of the secured claim as a general unsecured claim.  Id., at 535, citing In re: Coleman, 231 B.R. 397, at 398.

Accordingly, the Trustee objects to the Debtors' Motion to Modify Chapter 13 Plan.

                                    Respectfully submitted,


                                    **/s/ Frank M. Pees**
                                    Frank M. Pees
                                    Chapter 13 Trustee
                                    130 East Wilson Bridge Road, Suite # 200
                                    Worthington, Ohio 43085-6300
                                    (614) 436-6700
                                    trustee@ch13.org

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:     David J. Cornell, II            :      Case No.  13-52510
           Elena L. Syrkin
                                           :      Chapter 13

                                           :      Judge Caldwell

## CERTIFICATE OF SERVICE

Frank M. Pees, Trustee, certifies that on this _9th_ day of October, 2013 a copy of this Objection was served on the following registered ECF participants, **electronically**, through the court's ECF System at the email address registered with the court:

US Trustee
Frank M. Pees
Donald E. Wood

and on the following by **ordinary U.S. Mail** addressed to:

David J. Cornell, II
Elena L Syrkin
429 Willow Run Drive
Pickerington, OH 43147

                              **/s/ Frank M. Pees**
                              Frank M. Pees
                              Chapter 13 Trustee
                              130 East Wilson Bridge Road, Suite # 200
                              Worthington, Ohio 43085-6300
                              (614) 436-6700
                              trustee@ch13.org